**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anita Tomlin, | ) | No. CV-07-248-PHX-SMM |
| Plaintiff | ) | **ORDER** |
| v. | ) | |
| Michael J. Astru, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Having considered Defendant's unopposed Motion for Enlargement of Time for Filing an Answer or Other Responsive Pleading to Plaintiff's Complaint (Doc. 8) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's unopposed Motion for Enlargement of Time for Filing an Answer or Other Responsive Pleading to Plaintiff's Complaint (Doc. 8)

**IT IS FURTHER ORDERED** that Defendant shall file its Answer or other Responsive Pleading no later than **Friday, June 8, 2007**.

DATED this 23rd day of April, 2007.

_____
Stephen M. McNamee
United States District Judge