**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anita Tomlin,                              ) | No. CIV 07-248-PHX-SMM |
|                   Plaintiff,     ) | **ORDER** |
| v.                                         ) | |
| Linda McMahon,                             ) | |
| Acting  Commissioner  of  the  Social)   | |
| Security Administration,                   ) | |
|               Defendant.    ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment. [Doc. No. 15]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation [Doc. No.15 ] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have through August 29, 2007, to respond to Plaintiff's motion for summary judgment.

DATED this 30th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge