**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anita Tomlin,<br><br>    Plaintiff,<br><br>v.<br><br>Linda McMahon,<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | No. CIV 07-248-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment. [Doc. No. 17]  Good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulation [Doc. No.17 ] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have through September 13, 2007 to respond to Plaintiff's Motion for Summary Judgment.

DATED this 31st day of August, 2007.

.

Stephen M. McNamee
United States District Judge