**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anita Tomlin,<br><br>   Plaintiff,<br><br>v.<br><br>Michael J. Astrue,<br>Commissioner of the Social Security Administration,<br><br>   Defendant. | No. CIV 07-248-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)(Doc. 19). Pursuant to the Stipulation, the parties request that the above referenced case be remanded to the Commissioner of Social Security for further administrative proceedings. Accordingly,

**IT IS HEREBY ORDERED** that this case shall be **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

**IT IS FURTHER ORDERED** that on remand, the Administrative Law Judge shall (1) re-evaluate the claimant's credibility in accordance with the regulations and SSR 96-7p and (2) otherwise develop the record as necessary.

DATED this 12th day of September, 2007.

Stephen M. McNamee
United States District Judge