**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anita Tomlin, | ) | No. CV-07-248-PHX-SMM |
| Plaintiff | ) | **ORDER** |
| v. | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs (Doc. 21),

**IT IS HEREBY ORDERED GRANTING** the Stipulation. Accordingly, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of one thousand eight hundred and forty-three dollars and zero cents ($1,843.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED this 20th day of November, 2007.

Stephen M. McNamee
United States District Judge